UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| ROSALIO CRUZ-REA, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) Case No. 3:11-cv-00166-RLY-WGH |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

**FINAL JUDGMENT PURSUANT TO FED. R. CIV. PRO. 58**

The motion for relief pursuant to 28 U.S.C. § 2255 docketed as Case No. 3:11-cv-00166-RLY-WGH is **dismissed with prejudice.**

Date: 9/30/2015

Laura Briggs, Clerk of Court

By: _Tina M. Dagle_
 Deputy Clerk

_____
RICHARD L. YOUNG, CHIEF JUDGE
United States District Court
Southern District of Indiana

Distribution:

All Electronically Registered Counsel